JAP:MTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1 6 M 0035

- - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

JARROD LITTLE,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT
(18 U.S.C. § 922(g)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    MICHAEL A. McCARTHY, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD") Gun Enhancement Unit, duly appointed according to law and acting as such.

    Upon information and belief, on or about January 1, 2016, within the Eastern District of New York, the defendant JARROD LITTLE, having been convicted in a court of one or more crimes punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a .32 caliber Harrington & Richardson revolver, and ammunition.

    (Title 18, United States Code, Section 922(g)(1))

    The source of your deponent's information and the grounds for his belief are as follows[1]:

---

[1] Because this affidavit is being submitted for the limited purpose of establishing probable cause to arrest, I have not set forth every fact learned during the course of this investigation.

1

1. My information in this case comes from a review of records of the New York City Police Department ("NYPD") and other Government agencies, and conversations with NYPD officers.

2. During the early morning hours of January 1, 2016, NYPD officers (the "officers") from the Field Intelligence Office of the 73rd Precinct were conducting a routine vehicle patrol within the confines of the precinct. The officers were in uniform and traveling in a marked police vehicle.

3. At approximately 4:40 a.m., the officers received a call over the radio that "ShotSpotter"[2] had detected a gunshot in the vicinity of 1237 Herkimer Street, Brooklyn, New York. Upon arriving at that location, the officers observed the defendant JARROD LITTLE standing on the stoop of 1237 Herkimer Street and a group of individuals congregating on the sidewalk in front of the adjacent building at 1239 Herkimer Street. The officers exited their vehicle and approached to investigate.

4. Two officers approached the individuals who were congregating on the sidewalk in front of 1239 Herkimer Street and a third officer climbed the stairs to speak with the defendant. While questioning the defendant about the gunshot, the officer observed a bulge in the defendant's left pant pocket. Additionally, the officer noticed that the defendant was making furtive movements in the vicinity of his pants front.

5. Officers searched the defendant's left pant pocket and discovered a loaded .32 caliber Harrington & Richardson revolver. The defendant was subsequently placed under arrest.

---

[2] NYPD "ShotSpotter" is a system that uses strategically located sensors to triangulate the location of a firearm discharge. The system sends the location information to the NYPD.

6. I have conferred with agents of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and they have confirmed that the firearm recovered was manufactured outside the State of New York.

7. I have reviewed the defendant's criminal history records and have determined that the defendant has been convicted of the following crimes: (1) Endangering the Welfare of a Child, in violation of N.J.S.A. 2C:24-4A in 2010 and (2) Distributing, Dispensing or Possessing a Controlled Dangerous Substance On School Property in violation of N.J.S.A. 2C:35-7 in 2010; which are crimes punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant so that he may be dealt with according to law.

Michael A. McCarthy
Detective
New York City Police Department

Sworn to before me this
13th day of January, 2016

THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

3